Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia
### Civil Division



|  |  |
|---|---|
| Michael C Longo | Case No. 2:23-CV-0281 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- |  |
| United States Government |  |
| *Defendant(s)* |  |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) |  |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MIchael C Longo |
   | Street Address | 325 Moccasin Gap Road |
   | City and County | Lula, Banks County |
   | State and Zip Code | Georgia, 30554 |
   | Telephone Number | 706-677-7486 |
   | E-mail Address | michael3h@zoho.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The U.S. Government |
| Job or Title *(if known)* | Sevant to the people |
| Street Address | District of Columbia |
| City and County | Washington District of Columbia |
| State and Zip Code | DC  20001 |
| Telephone Number | 1 202 252 7566 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Matthew M. Graves |
| Job or Title *(if known)* | U.S. Attorney General |
| Street Address | 555 4th Street NW |
| City and County | Washington District of Columbia |
| State and Zip Code | DC 20001 |
| Telephone Number | 1 202 252 7566 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

        E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __Michael C Longo a representitive of the people__, is a citizen of the State of *(name)* __Georgia__.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* __U.S. Government and its elected servants__, is a citizen of the State of *(name)* __District of Columbia__. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* __U.S. Government and its elected servants__, is incorporated under the laws of the State of *(name)* __District of Columbia__, and has its principal place of business in the State of *(name)* __District of Columbia__. Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount of loss is measured in liberty lost and therefore our posterity has been weakened by large and as yet, incalculated amounts.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Michael C Longo , and the defendant, *(name)* The U.S. Government , made an agreement or contract on *(date)* 5/29/1790 . The agreement or contract was *(oral or written)* written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

The US Government servants job is to fulfill the mission statement contained in the preamble of the US Constitution that we wrote and ratified into law on May 29 1790. The People's part of the agreement is to use the popular vote system to elect or reelect servants to carry out said constitutional mission statement.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The US Governement over the years of its operation has failed to make the preamble goals its main mission opting to carry out the wishes of those infuence its behaviours through back channels instigated by the elite class carrying out by lobist who make huge generous donations to those senitors and congress people who end up voting for lawas and regulations that favor them and not the people as a recent Princeton University study has documented and as I will document during the trial. More decption has been used to do those things that are repugnat to the constitution and thereby has harmed the people many times over.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I, a representitive of We the People, seek relief by correcting the means of operation of the government by adding a self correcting layer to our current constitutional sturcture that; 1. outlaws the use of deception that causes harm to the people in creating laws, policies and regulations, 2. create the means to enforce that harm causing deception not be used by said govenemental servants in creating laws, policies and regulations, and 3. agree to add to article 5 the right of the people to amend the US Constitution, and 4 to cover my court costs which will be tallied at the end of the trial.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/29/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Michael C Longo

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____