UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MICHAEL C. LONGO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES GOVERNMENT and MATTHEW GRAVES,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 2:23-cv-00281-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Gainesville, Georgia, this 6th day of June, 2024.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　_s/Shane Gazaway_____
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　　June 6, 2024
Kevin P. Weimer
Clerk of Court

By:　_s/Shane Gazaway_____
　　　　Deputy Clerk